IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUSTIN HAMBLIN, ADC # 105059**                                                      **PLAINTIFF**

V.                                    No. 4:11CV000301 JMM-BD

**STEED and GARLAND COUNTY**                                               **DEFENDANTS**

## ORDER

Justin Hamblin filed a pro se Complaint (docket entry #2) under 42 U.S.C. § 1983, on April 6, 2011, and an Application to Proceed *In Forma Pauperis* (#1). Mr. Hamblin alleges that his constitutional rights were violated in the Garland County Jail, which is located in the Western District of Arkansas. According to Complaint, the events giving rise to the lawsuit occurred in Garland County, Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, 100 Reserve Street, Room 347, Hot Springs, Arkansas 71901.

IT IS SO ORDERED this  11  day of  April , 2011.

_____
UNITED STATES DISTRICT JUDGE